UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
In re:                                                                  Chapter 7

Thyce Viola Mattis,
                                                                              Case No.16-10939-shl

                                        Debtor(s).
-----------------------------------------------------------x

## LOSS MITIGATION REQUEST – BY THE DEBTOR

I am a Debtor[1] in this case. I hereby request Loss Mitigation **with respect to property located at 2919 Holland Avenue, Bronx, New York 10467, last four digits of loan number: 8487; with creditor Wells Fargo Bank, N.A. d/b/a America's Servicing Company as servicing agent for U.S. Bank National Association.**

SIGNATURE

I have reviewed the Loss Mitigation Program Procedures, and I understand that if the Court orders Loss Mitigation in this case, I will be bound by the Loss Mitigation Program Procedures. I agree to comply with the Loss Mitigation Program Procedures, and I will participate in Loss Mitigation in good faith. I understand that Loss Mitigation is voluntary for all parties, and that I am not required to enter into any agreement or settlement with any other party as part of this Loss Mitigation. I also understand that no other party is required to enter into any agreement or settlement with me. I understand that **I am not required to request dismissal of this case** as part of any resolution or settlement that is offered or agreed to during the Loss Mitigation period.

The Debtor hereby permits the Creditor listed above to contact (check all that apply):
    The Debtor directly.
    X Debtor's bankruptcy counsel.
    Other: _____.

Sign: _Thyce Mattis_    Date: 7/8, 20 16
Print Name:    Thyce Mattis
Telephone Number:    718-944-5082
E-mail address (if any):    ____

---

[1] Unless otherwise provided herein, all capitalized terms are defined in the Southern District of New York's Loss Mitigation Program Procedures. The Loss Mitigation Program Procedures' definition of "Debtor" includes joint debtors.

Page 1 of 1