Law Offices of

# Shapiro, DiCaro & Barak, LLC

One Huntington Quadrangle
Suite 3N05
Melville, New York 11747
(631) 844-9611
FAX (631) 844-9525

February 20, 2017

Honorable Robert D. Drain
United States Bankruptcy Court
Alexander Hamilton Custom House
One Bowling Green
New York, NY 10004

    RE:    Thyce Viola Mattis
              Chapter 7
              Case Number: 16-10939
              SD&B File Number: 11-014551

Dear Judge Drain:

This loss mitigation status letter is submitted on behalf of Wells Fargo Bank, N.A. as Servicer for U.S. Bank National Association, as Trustee for Citigroup Mortgage Loan Trust, Inc. 2007-AHL1, Asset-Backed Pass-Through Certificates Series 2007-AHL1 ("Wells"), a secured creditor of the above-referenced Debtor.

The document exchange is ongoing, with both parties responding. Currently, our office is waiting for the Debtor to complete and submit the below financial information in order to continue the review:

1. Please provide a written letter verifying if the Debtor has any tenants paying her rent for 2919 Holland Ave., as it appears there are two units for this property. If so, please provide a current lease agreement and one month proof of deposit for each unit.
2. Please verify if the Branch Manager Bonus and AM SABER SAL are paid out annually, or if they were one-time bonuses that will not be repeated.
3. Please verify if the Debtor has worked for OWS LLC all year. If not, please provide the exact start date (month/day/year). Per the letter from the Debtor's Attorney, it was noted that workers' compensation benefits were noticed in January of 2015, and the last check received for same was paid on February 22, 2016. Was the Debtor receiving workers' compensation as well as working for OWS LLC at the beginning of the year?

If you have any questions, please do not hesitate to contact the undersigned.

Very truly yours,

/s/ Katherine Heidbrink
Katherine Heidbrink

ATTORNEYS AT LAW

Katherine Heidbrink, Associate Attorney    (585) 247-9000

ROCHESTER OFFICE    175 Mile Crossing Boulevard    Rochester, NY 14624    PHONE (585) 247-9000    FAX (585) 247-7380